IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH ALVAREZ,                                    Case No. 07-1595-HO

        Plaintiff,                         JUDGMENT

    v.

Commissioner of Social Security,

        Defendant.


The decision of the Commissioner is affirmed.

DATED this ___17th___ day of November, 2008.


                ___s/ Michael R. Hogan_____
                United States District Judge